Marcelo Gondim, SBN 271302
Gondim Law Corp.
1880 Century Park E, Suite 400
Los Angeles, CA 90067
Phone #: 323-282-7770
Email: court@gondim-law.com
Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**ADRIANA BORGES DE AZEVEDO DA SILVA,**

*AND*

**KAMILLY AZEVEDO CASTELO DA SILVA,**

*Plaintiffs.*

vs.

**KRISTI NOEM, ET AL**

*Defendants.*

**5:25-CV-00782**

**CERTIFICATE OF SERVICE**

I, KATHERINE SOUZA PEREIRA, declare:

I am a legal resident permanent of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. I am employed in the office of a member of the bar of this court at whose direction the service was made. Finally, I am readily familiar

with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On December 22, 2025, I served a copy of the following documents(s):

- Complaint for Declaratory and Injunctive Relief, and Complaint Under the Administrative Procedure Act and Due Process, and Summons in a Civil Action

And was served on:

| | |
|---|---|
| **1)** Kristi Noem, Secretary, U.S. Dept of Homeland Security | **U.S. Dept. of Homeland Security<br>Office of General Counsel<br>2707 Martin Luther King Jr. Ave, SE<br>Washington DC 20528-0485** |
| **2)** Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services<br>And<br>Connie Nolan, Associate Director, Service Center Operations Directorate | **U.S. Citizenship and Immigration Services<br>Office of Chief Counsel<br>5900 Capital Gateway Drive<br>Mail Stop 2120<br>Camp Springs, MD 20588-0009** |
| **3)** U.S. Attorney General | **U.S. Department of Justice<br>U.S. Attorney General<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0009** |

**4)** Office of the U.S. Attorney

**U.S. Attorney Middle District of Florida**
**400 N. Tampa St., Ste #3200**
**Tampa, FL 33602**

The documents were served by the following means:

**By United States Certified Mail**. I enclosed the documents in a sealed USPS envelope addressed to the persons at the addresses mentioned above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 23, 2025, in Los Angeles, California.

Katherine Souza Pereira
Name of Declarant

Katherine
Signature of Declarant

/



9589 0710 5270 3647 9862 87

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here
USPS CENTURY CITY MALL DEC 15 2025 LOS ANGELES 90067-9997

Sent To: Kristi Noem, Secretary of DHS
Street and Apt. No., or PO Box No.: 2707 Martin Luther King Jr. Ave. SE
City, State, ZIP+4®: WASHINGTON, DC 20528-0485

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3647 9862 71

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here
USPS CENTURY CITY MALL DEC 15 2025 LOS ANGELES 90067-9997

Sent To: Director of USCIS
Street and Apt. No., or PO Box No.: 5900 Capital Gateway Dr., stop 2120
City, State, ZIP+4®: Camp Springs, MD 20588

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3647 9863 14

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here
USPS CENTURY CITY MALL DEC 15 2025 LOS ANGELES 90067-9997

Sent To: CIVIL PROCESS CLERK
Street and Apt. No., or PO Box No.: 400 W WASHINGTON St, suite 3100
City, State, ZIP+4®: Orlando, FL 32801

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3647 9862 91

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here
USPS CENTURY CITY MALL DEC 15 2025 LOS ANGELES 90067-9997

Sent To: Pam Bondi, U.S. Attorney General
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4®: WASHINGTON DC, 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions