**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ADRIANA BORGES DE AZEVEDO**
**DA SILVA, KAMILLY AZEVEDO**
**CASTELO DA SILVA,**

**Case No.: 5:25-cv-00782-JSM-PRL**

      **Plaintiffs,**

    **v.**

**SECRETARY, DEPARTMENT OF**
**HOMELAND SECURITY,**
**DIRECTOR, U.S. CITIZENSHIP AND**
**IMMIGRATION SERVICES,**
**ASSOCIATE DIRECTOR, SERVICE**
**CENTER OPERATIONS**
**DIRECTORATE,**

      **Defendants,**

_____/

**ORDER**

This immigration matter is currently before the undersigned on the failure of counsel for Plaintiffs, Marcelo Gondim, Esq., to respond to the Court's recent Order to Show Cause. (Doc. 11).

As the Court previously observed, a review of the docket reveals that Plaintiffs' counsel Marcelo Gondim has failed to satisfy the requirements of Local Rule 2.01 regarding practice in the Middle District of Florida. Upon notification by the Clerk, Mr. Gondim is neither a member of the Florida Bar nor a member of the Middle District bar. In this case, Mr. Gondim has also failed to file a motion for special admission pursuant to Local Rule 2.01. Consequently, the Court previously entered an Order directing Mr. Gondim to show cause

as to why he should not be sanctioned for violating his duty of candor by failing to file a motion for special admission in this case.

Mr. Gondim responded on March 17, 2026, stating that "[s]ubstitute counsel will promptly file a notice of appearance so that the representation of Plaintiffs continues without interruption or prejudice." (Doc. 10). However, no such notice of appearance was entered on behalf of Plaintiffs. Mr. Gondim remains the only counsel of record for Plaintiffs, and as already observed, he has failed to satisfy the requirements to practice in the Middle District of Florida.

Meanwhile, also on March 17, 2026, Mr. Gondim filed a response in opposition to Defendant's motion to dismiss for lack of jurisdiction. The response bears his signature as attorney for Plaintiffs. (Doc. 9).

Consequently, on March 24, 2026, the undersigned entered an Order (Doc. 11) directing Mr. Gondim to **SHOW CAUSE** why the response filed on March 17, 2026 (Doc. 9) should not be stricken. The deadline for responding to the show cause order was March 31, 2026. That deadline has passed and there has been no response to the show cause order. There has also been no appearance on behalf of substitute counsel nor a properly filed motion to proceed pro hac vice by Mr. Gondim.

Meanwhile, this is not the only case in which Mr. Gondim has failed to comply with the Local Rules and requirements for practice in the Middle District. (*See Juvenal Sena Filho, vs. Kristi Noem; Joseph B. Edlow; and Carrie Selby*, Case No. 6:26-cv-454-AGM-RMN, Doc. 8) (recommending sanctions against Mr. Gondim including publish admonishment). This Court has noted Mr. Gondim's pattern of "violating his duty of candor," and "running afoul of the limits on special admission." (Doc. 8 at 2).

Accordingly, and upon due consideration, it is **ORDERED** that:

(1) The response to the motion to dismiss filed by Mr. Gondim on behalf of Plaintiffs (Doc. 9) is hereby **STRICKEN**.

(2) **By written notice filed on or before May 4, 2026**, Mr. Gondim shall either (a) ensure that substitute counsel enters an appearance on behalf of Plaintiffs or (b) demonstrate and confirm the following:

    i.   That he has provided Plaintiffs with a copy of this Order, the docket sheet, the client file, and all related documents in this case;

    ii.   That he has notified the Clerk of the last known address(es) for Plaintiffs, as well as all known contact information for Plaintiffs;

    iii. That he has ensured that Plaintiffs understand that if an attorney does not appear on their behalf, they will be proceeding pro se.

(3) It is Mr. Gondim's responsibility to ensure that the Court has the information necessary to allow Plaintiffs to appear pro se if counsel does not make an appearance on their behalf.

(4) All deadlines in this case shall be **STAYED** for 30 days or pending further Order of the Court.

(5) Plaintiffs' motion for Clerk's entry of default (Doc. 5) is **DENIED**.

DONE and ENTERED in Ocala, Florida on April 13, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

- 4 -

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy