UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ADRIANA BORGES DE AZEVEDO
DA SILVA and KAMILLY AZEVEDO
CASTELO DA SILVA,

     Plaintiffs,

     v.                        Case No.: 5:25-cv-00782-JSM-PRL

KRISTI NOEM, Secretary,
DEPARTMENT of HOMELAND
SECURITY and CONNIE NOLAN,
Associate Director, SERVICE CENTER
OPERATIONS DIRECTORATE, C/O
OFFICE OF CHEF COUNSEL,

     Defendants.

_____/

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney, on behalf of United States of America, hereby enters his appearance in substitution for Assistant United States Attorney Phillip Ragler in this case, and requests the Court to direct all notices and orders and the like to the undersigned counsel at the address indicated below.

Dated: May 19, 2026         Respectfully submitted,

                           GREGORY W. KEHOE
                           United States Attorney

              By:   */s/ Jeremy R. Bloor*

JEREMY R. BLOOR
Assistant U.S. Attorney
Florida Bar No. 0071497
U.S. Attorney's Office
400 West Washington St., Suite 3100
Orlando, FL 32801
Tele. (407) 648-7500
Fax (407) 648-7588
Jeremy.Bloor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on May 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have entered notices of appearance in this matter.

*/s/ Jeremy R. Bloor*
Jeremy R. Bloor
Assistant United States Attorney