**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ADRIANA BORGES DE AZEVEDO DA SILVA, KAMILLY AZEVEDO CASTELO DA SILVA,

Plaintiff,

v. Case No: 5:25-cv-782-JSM-PRL

SECRETARY, DEPARTMENT OF HOMELAND SECURITY, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ASSOCIATE DIRECTOR, SERVICE CENTER OPERATIONS DIRECTORATE,

Defendants.

---

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 22). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 22) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Federal Defendants' Motion to Dismiss (Dkt. 6) is granted.

3. Plaintiffs' Complaint is dismissed for lack of subject matter jurisdiction pursuant to Rule 12(b)(1).

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of August, 2026.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**<u>Copies Furnished To</u>**:
Counsel/Parties of Record